

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-19-00068-CR

---

JOEL THOMAS BOWEN, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the County Court
Young County, Texas
Trial Court No. 37559

---

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant has moved to dismiss his appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  October 3, 2019